| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Batten, Timothy C. | 2. Court or Organization U.S. District Court, N.D. Ga. | 3. Date of Report 05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address Suite 1788 75 Spring Street, SW Atlanta, GA 30303 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and Secretary | T.E.C.H. Ventures, Inc. |
| 2. Managing Member | ME Series B Holdings, LLC |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Batten, Timothy C.

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C. | 05/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 06/15/2009 - 06/17/2009 | Boston, MA | Litigating Disability Insurance Claims Seminar | Airfare, Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4 | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C. | 05/05/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Doug Craft | Quail hunting trip in January | $600.00 |
| 2. Steve Witmer | Quail hunting trip in January | $600.00 |
| 3. Monte Johnson | Quail hunting trip in January | $600.00 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children: see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Platinum Mastercard | Credit Card | K |
| 2. Donald L. Plunkett | Loan | L |
| 3. Medicraft Enterprises, LLC | Loan | L |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CVS Caremark Corp | A | Dividend | | | Sold | 09/02/09 | K | C | |
| 2. Cisco Systems | A | Dividend | | | Sold | 09/02/09 | J | A | |
| 3. General Electric | A | Dividend | | | Sold | 09/02/09 | J | A | |
| 4. Lowes | A | Dividend | | | Sold | 09/02/09 | J | A | |
| 5. Medtronic | A | Dividend | | | Sold | 09/02/09 | J | A | |
| 6. Growth Fund of America Class A (Symbol: AGTHX) | A | Dividend | | | Sold | 02/10/09 | L | A | |
| 7. Franklin Mutual Qualified Fund Class C (Sym: TEMQX) | A | Dividend | | | Sold | 09/02/09 | L | A | |
| 8. Washington Mutual Investors Fund Class A (Sym: AWSHX) | A | Dividend | | | Sold | 02/10/09 | K | A | |
| 9. Capital World Growth and Inc. Fund Cl A (Sym: CWGIX) | A | Dividend | | | Sold | 09/02/09 | K | A | |
| 10. Fundamental Investors Fund Class A (Symbol: ANCFX) | A | Dividend | | | Sold | 09/02/09 | K | A | |
| 11. American Funds Short Term Bond Cl A (Symbol: ASBAX) | A | Dividend | | | Sold (part) | 08/03/09 | K | A | |
| 12. American Funds Short Term Bond Cl A (Symbol: ASBAX) | A | Dividend | | | Sold | 09/02/09 | K | A | |
| 13. ME Series A Holdings, LLC | | None | J | W | Buy | 01/15/09 | J | | ME Series A Holdings, LLC |
| 14. ME Series B Holdings, LLC | | None | J | W | Buy | 01/15/09 | J | | ME Series B Holdings, LLC |
| 15. Adobe Systems Inc (DE) (Symbol: ADBE) | | None | J | T | Buy | 10/20/09 | J | | |
| 16. Allstate Corp (Symbol: ALL) | | None | | | Buy | 10/20/09 | J | | |
| 17. Allstate Corp | | None | | | Sold | 10/27/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Tower Corp-Class A (Symbol: AMT) | | None | J | T | Buy | 12/08/09 | J | | |
| 19. Apple Inc (Symbol: AAPL) | | None | J | T | Buy | 10/20/09 | J | | |
| 20. Apple Inc | | None | J | T | Buy (add'l) | 12/08/09 | J | | |
| 21. AT&T Inc (Symbol: T) | | None | | | Buy | 10/20/09 | J | | |
| 22. AT&T Inc | | None | | | Sold | 10/22/09 | J | A | |
| 23. Bank of America Corp (Symbol: BAC) | A | Dividend | J | T | Buy | 12/08/09 | J | | |
| 24. Baxter Int'l Inc | | None | J | T | Buy | 12/11/09 | J | | |
| 25. CVS Caremark Corp (Symbol: CVS) | | None | | | Buy | 10/20/09 | J | | |
| 26. CVS Caremark Corp | | None | | | Sold | 11/16/09 | J | | |
| 27. Capital One Finl Corp (Symbol: COF) | A | Dividend | J | T | Buy | 10/20/09 | J | | |
| 28. Capital One Finl Corp | | None | | | Sold (part) | 12/8/09 | J | A | |
| 29. Celgene Corp (Symbol: CELG) | | None | J | T | Buy | 10/20/09 | J | | |
| 30. Celgene Corp | | None | | | Sold (part) | 12/8/09 | J | | |
| 31. Cisco Sys Inc (Symbol: CSCO) | | None | J | T | Buy | 10/20/09 | J | | |
| 32. Cisco Sys Inc | | None | J | T | Buy (add'l) | 11/25/09 | J | | |
| 33. Cisco Sys Inc | | None | J | T | Buy (add'l) | 12/04/09 | J | | |
| 34. Cisco Sys Inc | | None | J | T | Buy (add'l) | 12/18/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Cisco Sys Inc | | None | | | Sold (part) | 12/8/09 | J | | |
| 36. DirecTV Cl A (Symbol: DTV) | | None | J | T | Buy | 11/11/09 | J | | |
| 37. DirecTV Cl A | | None | J | T | Buy (add'l) | 11/24/09 | J | | |
| 38. DirecTV Cl A | | None | J | T | Buy (add'l) | 12/4/09 | J | | |
| 39. DirecTV Cl A | | None | J | T | Buy (add'l) | 12/14/09 | J | | |
| 40. DirecTV Cl A | | None | | | Sold (part) | 12/8/09 | J | A | |
| 41. Dow Chemical Co (Symbol: DOW) | | None | J | T | Buy | 10/20/09 | J | | |
| 42. Dow Chemical Co | | None | | | Sold (part) | 12/8/09 | J | A | |
| 43. Dreyfuss Liquid Assets Inc Class 2 | A | Int./Div. | J | T | Buy | 10/20/09 | M | | |
| 44. Dreyfuss Liquid Assets Inc Class 2 | | None | | | Sold (part) | 10/21/09 | L | A | |
| 45. Dreyfuss Liquid Assets Inc Class 2 | | None | | | Sold (part) | 10/23/09 | M | A | |
| 46. Express Scripts Inc. Common (Symbol: ESRX) | | None | J | T | Buy | 10/20/09 | J | | |
| 47. Express Scripts Inc. Common | | None | | | Sold (part) | 12/8/09 | J | A | |
| 48. Fed Home Loan Mtg Corp Med Trem NTS BK/Entry CUSIP#3137EABZ1 | A | Interest | K | T | Buy | 10/20/09 | K | | |
| 49. Fed Home Loan Mtg Corp Med Trem NTS Bk/Entry | | None | | | Sold (part) | 12/8/09 | J | | |
| 50. Fed Home Ln Mtg Crp Global Ref Notes Bk/Entry | | None | J | T | Buy | 10/20/09 | K | | |
| 51. Fed Home Ln Mtg Crp Global Ref Notes Bk/Entry | | None | | | Sold (part) | 12/8/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fedex Corp (Symbol: FDX) | | None | J | T | Buy | 12/15/09 | J | | |
| 53. Freeport McMoran Copper & Gold Cl B (Symbol:FCX) | | None | J | T | Buy | 12/08/09 | J | | |
| 54. Freeport McMoran Copper & Gold Cl B | | None | | | Sold (part) | 12/29/09 | J | | |
| 55. General Dynamics Corp (Symbol: GD) | | None | J | T | Buy | 10/20/09 | J | | |
| 56. General Dynamics Corp | | None | J | T | Buy (add'l) | 11/25/09 | J | | |
| 57. General Dynamics Corp | | None | J | T | Buy (add'l) | 12/14/09 | J | | |
| 58. General Dynamics Corp | | None | J | T | Buy (add'l) | 12/15/09 | J | | |
| 59. Gilead Sciences Inc (Symbol: GILD) | | None | J | T | Buy | 10/20/09 | J | | |
| 60. Gilead Sciences Inc | | None | | | Sold (part) | 12/8/09 | J | | |
| 61. Gilead Sciences Inc | | None | | | Sold (part) | 12/18/09 | J | | |
| 62. Goldman Sachs Group Inc (Symbol: GS) | A | Dividend | J | T | Buy | 10/20/09 | J | | |
| 63. Google Inc Class A (Symbol: GOOG) | | None | J | T | Buy | 10/20/09 | J | | |
| 64. Hewlett Packard Co (Symbol: HPQ) | | None | J | T | Buy | 10/20/09 | J | | |
| 65. Hewlett Packard Co | | None | J | T | Buy (add'l) | 12/21/09 | J | | |
| 66. Int'l Business Machines Corp (Symbol: IBM) | A | Dividend | J | T | Buy | 10/20/09 | J | | |
| 67. Ishares Iboxx S Investop Investment Grade Corp FD FD ("LQD") | A | Dividend | J | T | Buy | 10/20/09 | K | | |
| 68. Ishares Iboxx S Investop Investment Grade Corp FD | | None | | | Sold (part) | 12/8/09 | J | A | |

1. Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares Iboxx $ Investop Investment Grade Corp FD | | None | J | T | Buy (add'l) | 12/30/09 | J | | |
| 70. JP Morgan Chase & Co (Symbol: JPM) | | None | J | T | Buy | 10/20/09 | J | | |
| 71. JP Morgan Chase & Co | | None | | | Sold (part) | 12/8/09 | J | | |
| 72. Kohls Corp (Symbol: KSS) | | None | J | T | Buy | 10/20/09 | J | | |
| 73. Kohls Corp | | None | | | Sold (part) | 12/8/09 | J | | |
| 74. Medco Health Solutions Inc (Symbol: MHS) | | None | J | T | Buy | 10/20/09 | J | | |
| 75. Medco Health Solutions Inc | | None | | | Sold (part) | 12/8/09 | J | A | |
| 76. Merck & Co Inc (Symbol: MRK) | | None | J | T | Buy | 10/20/09 | J | | |
| 77. Merck & Co Inc | | None | | | Sold (part) | 12/8/09 | J | A | |
| 78. Metlife Inc (Symbol: MET) | | None | | | Buy | 10/20/09 | J | | |
| 79. Metlife Inc | | None | | | Sold | 10/27/09 | J | | |
| 80. Microsoft Corp (Symbol: MSFT) | A | Dividend | J | T | Buy | 10/20/09 | J | | |
| 81. Microsoft Corp | | None | J | T | Buy (add'l) | 12/08/09 | J | | |
| 82. Occidental Petroleum Corp-Del (Symbol: OXY) | | None | J | T | Buy | 10/20/09 | J | | |
| 83. Occidental Petroleum Corp-Del | | None | J | T | Buy (add'l) | 11/04/09 | J | | |
| 84. Occidental Petroleum Corp-Del | | None | J | T | Buy (add'l) | 11/05/09 | J | | |
| 85. Occidental Petroleum Corp-Del | | None | | | Sold (part) | 12/14/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100.001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Oracle Corp (Symbol: ORCL) | | None | J | T | Buy | 10/20/09 | J | | |
| 87. Oracle Corp | | None | J | T | Buy (add'l) | 11/25/09 | J | | |
| 88. Pfizer Inc (Symbol: PFE) | | None | J | T | Buy | 11/25/09 | J | | |
| 89. Philip Morris Intl Inc (Symbol: PM) | | None | J | T | Buy | 10/20/09 | J | | |
| 90. Philip Morris Intl Inc | | None | J | T | Buy (add'l) | 12/08/09 | J | | |
| 91. Philip Morris Intl Inc | | None | | | Sold (part) | 12/11/09 | J | | |
| 92. Praxair Inc (Symbol: PX) | A | Dividend | J | T | Buy | 10/20/09 | J | | |
| 93. Praxair Inc | | None | | | Sold (part) | 12/8/09 | J | | |
| 94. Precision Castparts Corp (Symbol: PCP) | A | Dividend | J | T | Buy | 11/18/09 | J | | |
| 95. Precision Castparts Corp | | None | J | T | Buy (add'l) | 12/07/09 | J | | |
| 96. Precision Castparts Corp | | None | J | T | Buy (add'l) | 12/21/09 | J | | |
| 97. Qualcomm Inc (Symbol: QCOM) | A | Dividend | | | Buy | 10/20/09 | J | | |
| 98. Qualcomm Inc | | None | | | Sold (part) | 12/9/09 | J | A | |
| 99. Qualcomm Inc | | None | | | Sold | 12/14/09 | J | A | |
| 100. Salesforce.com Inc (Symbol: CRM) | | None | J | T | Buy | 12/30/09 | J | | |
| 101. Staples Inc (Symbol: SPLS) | | None | J | T | Buy | 10/20/09 | J | | |
| 102. Staples Inc | | None | | | Sold (part) | 12/8/09 | J | A | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. State Street Corp (Symbol: STT) | | None | | | Buy | 10/20/09 | J | | |
| 104. State Street Corp | | None | | | Sold | 11/16/09 | J | | |
| 105. Target Corp (Symbol: TGT) | A | Dividend | | | Buy | 10/20/09 | J | | |
| 106. Target Corp | | None | | | Sold (part) | 11/23/09 | J | | |
| 107. Target Corp | | None | | | Sold (part) | 12/1/09 | J | | |
| 108. Target Corp | | None | | | Sold | 12/4/09 | J | | |
| 109. 3M Company (Symbol: MMM) | A | Dividend | J | T | Buy | 10/20/09 | J | | |
| 110. 3M Company | A | Dividend | J | T | Buy (add'l) | 10/23/09 | J | | |
| 111. 3M Company | | None | J | T | Buy (add'l) | 12/14/09 | J | | |
| 112. Transocean Ltd Switzerland (Symbol: RIG) | | None | J | T | Buy | 10/20/09 | J | | |
| 113. Transocean Ltr Switzerland | | None | J | T | Buy (add'l) | 11/25/09 | J | | |
| 114. Transocean Ltr Switzerland | | None | | | Sold (part) | 12/8/09 | J | | |
| 115. Union Pacific Corp (Symbol: UNP) | | None | J | T | Buy | 10/20/09 | J | | |
| 116. Union Pacific Corp | | None | | | Sold (part) | 12/8/09 | J | A | |
| 117. United Technologies Corp (Symbol: UTX) | A | Dividend | J | T | Buy | 10/20/09 | J | | |
| 118. Vale S A Spon ADR (Symbol: VALE) | | None | J | T | Buy | 10/20/09 | J | | |
| 119. Vale S A Spon ADR | | None | | | Sold (part) | 12/18/09 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Visa Inc Com Cl A (Symbol: V) | A | Dividend | J | T | Buy | 10/20/09 | J | | |
| 121. Visa Inc Com Cl A | A | Dividend | J | T | Buy | 11/10/09 | J | | |
| 122. Walt Disney Co (Symbol: DIS) | | None | J | T | Buy | 10/20/09 | J | | |
| 123. Weatherford Int'l Ltd.-CHF (Symbol: WFT) | | None | | | Buy | 10/20/09 | J | | |
| 124. Weatherford Int'l Ltd.-CHF (Symbol: WFT) | | None | | | Sold | 11/25/09 | J | | |
| 125. Yahoo Inc (Symbol: YHOO) | | None | | | Buy | 10/20/09 | J | | |
| 126. Yahoo Inc | | None | | | Sold | 11/25/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Regarding my Investments (Part VII):

Items 1 through 12 were held in my Keogh account managed by MorganStanley SmithBarney. In October, I rolled over that account into an IRA also managed by MorganStanley SmithBarney. All of the assets listed in items 15 through 126 are included within that IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C. | 05/05/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544